UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                      :            15 Cr. 364 (WHP)

Shawn Olszewski,                                       :            ORDER
                          Defendant.            :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Government is to reply to Defendant's letter, ECF no. 75 by April 28, 2020.

Dated: April 24, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.