UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

      -against-                                        :         15 Cr. 364 (WHP)

Shawn Olszewski,                                      :         <u>ORDER</u>
                              Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Friday, May 1, 2020 at 3:00 p.m. regarding defendant's application for reduction in sentence. The dial-in number is 888-363-4749, passcode 3070580.

Dated:  New York, New York
         April 28, 2020

                                          SO ORDERED:

                                          _____
                                          WILLIAM H. PAULEY III
                                              U.S.D.J.